## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| T.D. WILLIAMSON, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 21-CV-153-JCG-SH ) |
| LINCOLN ELECTRIC AUTOMATION, INC., D/B/A WOLF ROBOTICS, | ) ) ) |
| Defendant. | ) ) |

### PLAINTIFF T.D. WILLIAMSON, INC.'S MOTION FOR LEAVE TO FILE MOTIONS AND EXHIBITS TO MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE UNDER SEAL

Pursuant to LCvR 5.2-2, Plaintiff T.D. Williamson, Inc. ("TDW") moves the Court for leave to file its Motions (i) for Summary Judgment and (ii) to Exclude Testimony of Defendant's Expert Michael Davis ("Motion to Exclude") (collectively, the "Motions"), and certain exhibits, including deposition excerpts, appended thereto, under seal. Deposition transcripts are deemed confidential under the protective order entered by this Court for a period of 30 days from the receipt of the transcript. (ECF No. 80, Section 2.c.) The deposition transcripts to be attached to the Motions (those of Michael Davis and Dr. Forest) were received last week and this week. As such, the 30-day confidentiality period has not passed and the transcripts are to be treated as confidential. Consequently, filing under seal is necessary and appropriate.

Additionally, documents appended to TDW's Motion for Summary Judgment have been designated confidential as information contained in such documents constitute, reflect and/or disclose trade secrets or other confidential business or commercial information of either or both TDW and Defendant Lincoln Electric Automation, Inc., d/b/a Wolf Robotics ("Defendant").

As the Tenth Circuit has held, the public's right of access is not absolute, and courts may order the sealing of documents if competing interests outweigh the public's interest. *JetAway Aviation, LLC v. Bd. of Cnty. Comm'rs*, 754 F.3d 824, 826 (10th Cir. 2014). That is the case here. In the recent expert depositions,[1] testimony was offered regarding TDW's confidential commercial information and trade secrets. Additionally, testimony was offered in connection with other projects of Defendant, along with its robotic design techniques. The public release of such information would be damaging to both Parties' business interests. TDW's interests in protecting this information outweighs the public interest in the disclosure of that information, and the relief TDW seeks is narrowly tailored to protect its interests. TDW has made a good faith effort to seal only as much as necessary to protect its legitimate business interests. TDW filed public versions of the Motions with the confidential information and exhibits removed.

A proposed order granting this Motion will be submitted contemporaneously with the filing of this Motion pursuant to this Court's procedure.

---

[1] Defendant's counsel designated Michael Davis's deposition transcript in its entirety as confidential.

Respectfully submitted,

*s/Juston R. Givens*_____
Juston R. Givens, OBA #19102
Jason A. Dunn, OBA #22788
Madeline Marshall Nelson, OBA #34713
PERRI DUNN PLLC
BancFirst Tower, Suite 3280
100 N. Broadway Ave.
Oklahoma City, OK 73102
Telephone: (405) 724-8543
Facsimile: (405) 724-5007
jrgivens@perridunn.com
jadunn@perridunn.com
mmmarshall@perridunn.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January 2025, I electronically transmitted the foregoingdocument to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gregory A. Thompson (Ohio Bar No. 0089297; admitted pro hac vice)
Bryan W. Evans (Ohio Bar No. 0092652; admitted pro hac vice)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
Telephone: (216) 274-2421
Facsimile: (216) 274-2591
gthompson@hahnlaw.com
***Attorneys for Defendant***

David A. Sturdivant
Barrow & Grimm, P.C.
110 W. 7th Street, Ste. 900
Tulsa, OK 74119
Telephone: (918) 584-1600
Facsimile: (918) 585-2444
sturdivant@barrowgrimm.com
***Attorneys for Defendant***

*s/Juston R. Givens*_____

3